**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| FLOYDELL LIVINGSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CV-115 CAS |
| ) | |
| ALMEDA L. BALL-TYLER, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

In accordance with the memorandum and order of this date and incorporated herein

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this __22nd__ day of February, 2006.